# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: August 6, 2013

Official Caption[1]

2013-3137

PAULA JO HEARN,

Petitioner,

v.

DEPARTMENT OF THE ARMY,

Respondent,

and

MERIT SYSTEMS PROTECTION BOARD,

Intervenor.

Petition for review of the Merit Systems Protection Board in No. NY0371120120-I-1.

Authorized Abbreviated Caption[2]

HEARN v ARMY, 2013-3137

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.